IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SENRICK SHERN WILKERSON, 10093432,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-CV-1326-M |
| ) | |
| **CRAIG M. WATKINS,** ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections on April 19, 2013. The District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge, but directs that Plaintiff pay the $350 filing fee by May 13, 2013, or this case will be dismissed for want of prosecution.

SO ORDERED this 25th day of April, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS